**In re Cameron Jay SCHEEL.**

No. 04–02–00638–CV.

Court of Appeals of Texas,
San Antonio.

Dec. 4, 2002.

Gary A. Beahm, Gary A. Beahm, P.C., San Antonio, for appellant.

Jamie L. Graham, Law Offices of Jamie L. Graham, Judith Ramsey Saldana, Law Offices of Judith Ramsey Saldana, San Antonio, for appellee.

**In the Interest of N.R.C. and L.A.C.**

No. 14–01–01241–CV.

Court of Appeals of Texas, Houston (14th Dist.).

Dec. 5, 2002.

SARAH B. DUNCAN, Justice, dissenting on relator's motion to reconsider.

At issue is whether the trial court has jurisdiction to make child custody determinations under section 152.201 of the Texas Family Code. It is undisputed that Scheel's and Cha's children lived with them in Maryland for the six months before Cha filed the underlying divorce proceeding. Therefore, Maryland, not Texas, is the children's home state. *See* TEX. FAM.CODE ANN. § 152.102(7) (Vernon 2002). Since the Maryland courts have not declined jurisdiction, the Texas courts do not have jurisdiction to make custody determinations. *See* TEX. FAM.CODE ANN. § 152.201 (Vernon 2002). I would therefore issue the requested writ.